USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RUTH CALDERON-CARDONA, et al.,          :
                                        :          11cv3283 (DLC)
    Petitioners/Judgment Creditors:     :
                                        :          AND ALL RELATED
    v.                                  :              ACTIONS
                                        :
JPMORGAN CHASE BANK, N.A.,               :             ORDER
                                        :
    Respondent/Garnishee.                :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

The petition for certiorari having been denied by the United States Supreme Court in <u>Calderon-Cardona v. Bank of New York Mellon</u>, 770 F.3d 993 (2d Cir. 2014), <u>cert. denied</u>, 84 U.S.L.W. 3062 (U.S. Jan. 19, 2016) (No. 15-122), and these consolidated actions having been remanded for certain further proceedings, it is hereby

ORDERED that the stay of these proceedings is lifted.

ORDERED that the parties shall appear for a conference at 2:30 p.m. on Friday, February 19, 2016 in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that, by February 16, the parties shall confer and shall jointly submit a status letter as well as a proposed schedule for further proceedings in these actions.

Dated: New York, New York
       January 22, 2016

                                        DENISE COTE
                                United States District Judge